

**PLAINTIFF'S EXHIBIT 2**



## INCIDENT REPORT

Attachment #2
IIB08-0001
12/15/2009

Incident ID#: _____
Type Report:
Major Incident: **XX**   Minor Incident: **N/A**   Use of Force: **Yes**   Use of Weapon: **N/A**
Facility: **Smith State Prison**
Date of Occurrence (M/D/Y) **12/31/2010**   Time: **2015 hours**   Location: **D-2 Dormitory**

I. A. Inmates Involved:

| Name | GDC# Number | Type Force | Disp. Filed? | Medical Compliant |
|---|---|---|---|---|
| 1. Jackson, Miguel | GDC- 820692 | Hands-On /Chemical | Yes | Yes |
| 2. Stevenson, Kelvin | GDC- 570391 | Hands-On/ Chemical | Yes | Yes |
| 3. Norman, Jacquez | GDC- 1305440 | Hands-On /Chemical | Yes | Yes |
| 4. Blount, Reginald | GDC- 1221028 | Hands-On /Chemical | Yes | Yes |
| 5. Berry, Xavier | GDC- 1225066 | Hands-On/ Chemical | Yes | Yes |
| 6. Bacon, Donald | GDC- 1000142876 | Chemical | Yes | Yes |
| 7. Edmondson, Deon | GDC- 1199410 | Chemical | Yes | Yes |
| 8. Gay, Justin | GDC- 1271421 | Chemical | Yes | Yes |
| 9. Gittens, Joseph | GDC- 1259659 | Hands-On /Chemical | Yes | Yes |

B. Medical Findings (To be completed by appropriate staff within 24 hours):
(See Medical reports)

| Staff involved: Name | Race | Sex | Employee ID Number |
|---|---|---|---|
| Lt. Andrew McFarlane | Black | Male | 00343708 |
| Lt. Sandi West | White | Female | 00332041 |
| Lt. Melvin Wells | Black | Male | 00313954 |
| Sgt. Sherry Ritchie | White | Female | 00737627 |
| Sgt. Joseph Catanzariti | White | Male | 00334198 |
| Sgt. Joshua Eason | White | Male | 00829737 |
| Ofc. Brandon Cearnel | Black | Male | 00924411 |
| Ofc. Carolyn Carroll | White | Female | 00262881 |
| Ofc. Joseph Powell | White | Male | 00972577 |
| Ofc. Derius Attical | Black | Male | 00957490 |
| Ofc. Sheldon Deloach | White | Male | 00829959 |
| Ofc. Christopher Henderson | Black | Male | 00968330 |
| Ofc. Darryl Davis | Black | Male | 00894393 |
| Ofc. Benjamin Ashley | Black | Male | 00313666 |
| Ofc. Nathaniel Milton | Black | Male | 00324034 |
| Ofc. Retania Harvey | Black | Female | 00938492 |
| Ofc. Candice Hill | Black | Female | 00956697 |
| Ofc. Joyce Carver | White | Female | 00336447 |
| Ofc. Sharon Frasier | Black | Female | 00828974 |
| Ofc. Tammy Watkins | Black | Female | 00972582 |
| Ofc. Linda Bass | White | Female | 00903534 |
| Ofc. Elizabeth Haire | White | Female | 00951092 |
| Ofc. Jeffery Mullis | White | Male | 00961388 |
| Ofc. Jarrod Bennett | White | Male | 00954331 |
| Ofc. Joseph White | White | Male | 00939774 |
| Ofc. Gordon Pittman | White | Male | 00963404 |
| Ofc. Gene Tootle | White | Male | 00275840 |
| Ofc. Justin Swope | White | Male | 00972541 |
| Ofc. Gary Mitchell | White | Male | 00972557 |
| Ofc. John Jones | White | Male | 00971679 |
| Ofc. Michael Deloach | White | Male | 00959265 |
| Ofc. Mary Roach | White | Female | 00803508 |
| Ofc. Jaleesa Miller | Black | Female | 009722795 |
| Ofc. Caleb Harrison | White | Female | 00923072 |

D. Witnesses:

| Name | Number/Title | Name | Number/Title |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Video Equipment Utilized: Yes **X**   No _____   Name of Camera Operator: **Ofc. Harvey, Ofc. Watkins & Ofc. Hill**

E. 
| Name/Agency Notified | Date | Time | Name/Agency Notified | Date | Time |
|---|---|---|---|---|---|
| Warden Thompson | 12/31/10 | 2210 hrs | Capt. Eric Smokes | 12/31/10 | 2215 hrs |
| D/W Mr. John Brown | 12/31/10 | 2213 hrs | Duty Officer Mrs. Teresa Todd | 12/31/10 | 2216 hrs |
| CommCenter (By Warden) | 01/01/11 | 0030 hrs | Workmans Compensation | 01/01/11 | 0035 hrs |

05-0142-34-1¶1

51