

# WILLIAMS OINONEN LLC 



ATTORNEYS AND COUNSELORS AT LAW
THE GRANT BUILDING, SUITE 200
44 BROAD STREET, NW
ATLANTA, GEORGIA 30303

TELEPHONE: 404/654-0288                                       FACSIMILE: 404/592.6225

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Dr. James Brown | Williams Oinonen LLC |
| **COMPANY:** | **DATE:** |
| Georgia Department of Corrections | January 27, 2011 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 770.504.2140 | 3 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
|  | 404-654-0288 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Untreated Emergency/Urgent Dental Situation |  |

X URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Dr. Brown:

Please read the enclosed, which was sent to Dr. Ditsler today, January 27, 2011.

Feel free to call me, anytime.

Sincerely,

Mario Williams

1

# WILLIAMS OINONEN, LLC

THE GRANT BUILDING, SUITE 200
44 BROAD STREET, NW
ATLANTA, GA 30303
TEL.: (404) 654-0288
FAX: (404) 592-6225

January 27, 2011

**_SENT VIA FACSIMILE_**
Department of Corrections
Attn: Dr. Ditsler
300 Patrol Road
Forsyth, GA 31029

      Re:    <u>Kelevin Stevenson: Inmate</u>

Dear Dr. Ditsler:

I am writing you in hopes that you may correct a serious medical-service problem regarding Kelevin Stevenson GDC # 0000570391.

On or about December 31, 2010, prison guards at Smith State Prison assaulted and battered my clients, leaving them with severe, medical injuries, including a fractured mandible. These severe injuries are injuries in fact, irrespective of whether the guards' actions were justified or not.

As Statewide Dental Director, you know that an emergency situation is one "where delay would be inappropriate to insure safe treatment" and "where there is a significant degree of pain." GDC SOP VH67002. As such, I would like to address the current and complete failure of the GDC to adequately address the serious medical need of my client, Mr. Stevenson.

Amongst other injuries, Mr. Stevenson has a fractured mandible, which your medical staff has admitted needs to be wired in order for his injury to heal properly. Despite that fact, no action has been taken for weeks. Mr. Stevenson is in extreme pain, has trouble eating, and has repeatedly asked when can he get the medical procedure your staff told him he needs. Even if his situation were classified as urgent (even though he is in extreme, not moderate pain), he should have gotten his mandible wired (the treatment GDC told him he needs) within seven (7) days. GDC SOP VH67-0002.

**Respectfully**, I hope that the consummate failure to provide Mr. Stevenson with the medical care that GDC admits he urgently needs is not the standard of care envisioned by GDC. <u>Mr. Stevenson's condition continues to worsen.</u>

2

Because GDC medically diagnosed Mr. Stevenson's mandible problem, then, **weeks ago**, told him he needed his mandible wired, yet, has failed to provide this urgent medical procedure **for weeks**, one must wonder if Mr. Stevenson is **being punished** because of the incident at Smith State Prison. At the very least, GDC's conduct is tantamount to a deliberate indifference to a pressing medical need that GDC knows Mr. Stevenson has.

<u>Failure to respond to this letter in writing, or take immediate action to help Mr. Stevenson, will be argued as an admission by silence that GDC understands that a serious medical problem exist and has chosen not to respond to that problem.</u>

If somehow this procedure has already been performed by today's date, please excuse this email.

Sincerely,

Mario Williams

Cc:
Dr. James Baron, Georgia Diagnostic Prison

TX Result Report

P 1
01/27/2011 10:27
Serial No. 802ED11010092
TC: 127980

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 7705042140 | 01-27 10:26 | 00:00:48 | 003/003 | OK | |

Note: TMR: Timer TX, POL: Polling, ORG: Original Size Setting, FWE: Frame Erase TX, MIX: Mixed Original TX, CTL: Manual TX, CSRC: CSRC, FWD: Forward, PC: PC-Fax, DBD: Double-Sided Binding Direction, SP: Special Original, FCODE: F-Code, RTX: Re-TX, RLY: Relay, CNF: Confidential, BUL: Bulletin, BIP: BIP Fax, IPADR: IP Address Fax, I-FAX: Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full: Memory Full,
LOVR: Receiving length Over, POVER: Receiving page Over, FIL: File Error,
DC: Decode Error, MDN: MDN Response Error, DSN: DSN Response Error.

# WILLIAMS OINONEN LLC

ATTORNEYS AND COUNSELORS AT LAW
THE GRANT BUILDING, SUITE 500
44 BROAD STREET, NW
ATLANTA, GEORGIA 30303

TELEPHONE 404/654-0288                                        FACSIMILE 404/530-9297

## FACSIMILE TRANSMITTAL SHEET

| TO: Dr. James Brown | FROM: Williams Oinonen LLC |
|---|---|
| COMPANY: Georgia Department of Corrections | DATE: January 27, 2011 |
| FAX NUMBER: 770.504.2140 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: 404-654-0288 |
| RE: Untreated Emergency/Urgent Dental Situation | YOUR REFERENCE NUMBER: |

X URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Dr. Brown:

Please read the enclosed, which was sent to Dr. Ditsler today, January 27, 2011.

Feel free to call me, anytime.

Sincerely,

Mario Williams

1