IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MIGUEL JACKSON and KELVIN STEVENSON,

    Plaintiffs,

v.

JOSEPH CATANZARITI et al.,

    Defendants.

CV 612-113

**O R D E R**

On April 15, 2013, this Court granted Defendants' Motion to Stay (Doc. 20) this matter until the criminal proceedings against Plaintiffs on the charges of felony obstruction of an officer were resolved, as these charges arose out of the facts of this 42 U.S.C. § 1983 action in which Plaintiffs allege they "were maliciously and sadistically beaten" by 37 named prison officials during a "shake down" on December 31, 2010. (Doc. 81.)

Two years have elapsed since the Court imposed the stay, yet it has received no update apart from ministerial motions filed by counsel of record. Accordingly, the Court **DIRECTS** the parties to file a report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case.

**ORDER ENTERED** at Augusta, Georgia, this _15th_ day of May, 2015.

                                        HONORABLE J. RANDAL HALL
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF GEORGIA