**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

MIGUEL JACKSON; and
KELVIN STEVENSON,

    Plaintiffs,

v.

JOSEPH CATANZARITI, et al.,

    Defendants.

CIVIL ACTION NO.: 6:12-cv-113

**O R D E R**

Presently before the Court is a Stipulation of Dismissal With Prejudice filed on October 23, 2019. (Doc. 315.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** Defendants Carolyn Carrol, Brandon Cearnel, Kim Hardee, Christopher Henderson, Candice Hill, John Jones, Jeffery Mullis, Justin Swope, Gene Tootle, and Joseph White from this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** Carolyn Carrol, Brandon Cearnel, Kim Hardee, Christopher Henderson, Candice Hill, John Jones, Jeffery Mullis, Justin Swope, Gene Tootle, and Joseph White as parties to this case.

**SO ORDERED**, this 23rd day of December, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA