IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MIGUEL JACKSON and KELVIN STEVENSON, | * * * |
| Plaintiffs, | * * |
| v. | CV 612-113 |
| JOSEPH CATANZARITI, et al., | * * * |
| Defendants. | * |

**O R D E R**

Presently before the Court is Plaintiffs' request to stay pretrial deadlines (Doc. 354) and the Parties' joint motion to continue pretrial proceedings and trial (Doc. 355). The Parties set forth several grounds for their motion. (<u>Id.</u> at 1-3.) Notably, lead counsel for numerous of the Defendants have conflicts with the June 13, 2022 trial date due to previously planned travel. (<u>Id.</u> at 2.) Upon due consideration, the Court **GRANTS** the Parties' motion to continue trial. (Doc. 355.) Plaintiffs' motion to stay pretrial deadlines is **DENIED AS MOOT**. (Doc. 354.)

The Court **ORDERS** lead counsel for the Parties to meet and confer, in person, and prepare and file with the Clerk of this Court one consolidated proposed pretrial order. The proposed pretrial order shall be filed **BY 5:00 P.M. ON FRIDAY, SEPTEMBER 2, 2022.** Plaintiffs' counsel has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Orders – Judges Hall, Bowen, & Moore." A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions. The Court will reject any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order must include a paragraph stating the date, location, and duration of the meeting and the names of all counsel or parties participating. Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY 5:00 P.M. ON FRIDAY, SEPTEMBER 16, 2022.** Responses thereto must be submitted **BY 5:00 P.M. ON FRIDAY, SEPTEMBER 30, 2022.** The pretrial conference in this matter is scheduled for **WEDNESDAY, OCTOBER 19, 2022 AT 2:00 P.M.**, and jury selection and trial is scheduled to begin **MONDAY, OCTOBER 24, 2022, AT 9:00 A.M.**, all to be held in the First Floor Courtroom of the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. The Parties **MUST** provide to the Court all trial exhibits (in digital format) and an

exhibit list at the pretrial conference.  Lead counsel for each Party **MUST** attend.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA