IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MIGUEL JACKSON and ALEXIAS E. STEVERSON, as Legal Guardian of KELVIN STEVENSON, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 612-113 |
| JOSEPH CATANZARITI and CALEB HARRISON, | * * * | |
| Defendants. | * | |

## VERDICT FORM

Members of the Jury:

### DEFENDANT JOSEPH CATANZARITI

**Question 1:** Has Plaintiff **Miguel Jackson** proven by a preponderance of the evidence that Joseph Catanzariti (a) intentionally used force against Miguel Jackson on December 31, 2010, (b) the force Joseph Catanzariti used was malicious and sadistic for the purpose of causing harm and not applied in a good faith effort to maintain or restore discipline, (c) Joseph Catanzariti's conduct caused Miguel Jackson's injuries, and (d) Joseph Catanzariti acted under color of law?

**Answer:** _____ Yes       __X__ No

If your answer is "Yes," proceed to Question 2.

If your answer is "No", your deliberations are complete for the excessive force claim against Joseph Catanzariti. Skip to Question 4.

**Question 2:**   Do you find by a preponderance of the evidence that Miguel Jackson suffered more than a minimal physical injury in the alleged December 31, 2010 incident caused by Joseph Catanzariti?

**Answer:** _____ Yes          _____ No

If your answer is "Yes," in what amount was Miguel Jackson's injury?

$_____ [in dollars and cents]

If your answer is "No," do you award Miguel Jackson nominal damages in the amount of $1.00 to reflect that Joseph Catanzariti violated his Constitutional rights as found in Question 1?

**Answer:** _____ Yes          _____ No

**Question 3:** Do you find by a preponderance of the evidence that Joseph Catanzariti acted with malice or reckless indifference to Miguel Jackson's federally protected rights in connection with the alleged December 31, 2010 incident, and that punitive damages should be assessed against Joseph Catanzariti?

**Answer:** _____ Yes          _____ No

If your answer is "No," skip to Question 4.

If your answer is "Yes," in what amount?

$_____ [in dollars and cents]

**Question 4:** Do you find by a preponderance of the evidence that Joseph Catanzariti was present when someone else used force on Miguel Jackson that was malicious and sadistic for the purpose of causing harm and not applied in a good faith effort to maintain or restore discipline on December 31, 2010, <u>and</u> that Joseph Catanzariti had the time, ability and opportunity to stop the use of force and that Joseph Catanzariti's failure to act caused Miguel Jackson injuries?

**Answer:** _____X_____ Yes          _____ No

If your answer is "No," skip to Question 5.

If your answer is "Yes," what amount of damages did Joseph Catanzariti cause Miguel Jackson by failing to intervene?

2

$ _*1.00*_ [in dollars and cents]

**Question 5:** Has Plaintiff **Kelvin Stevenson** proven by a preponderance of the evidence that Joseph Catanzariti (a) intentionally used force against Kelvin Stevenson on December 31, 2010, (b) the force Joseph Catanzariti used was malicious and sadistic for the purpose of causing harm and not applied in a good faith effort to maintain or restore discipline, (c) Joseph Catanzariti's conduct caused Kelvin Stevenson's injuries, and (d) Joseph Catanzariti acted under color of law?

**Answer:** _____ Yes       __X__ No

If your answer is "Yes," proceed to Question 6.

If your answer is "No", your deliberations are complete for the excessive force claim against Joseph Catanzariti. Skip to Question 8.

**Question 6:** Do you find by a preponderance of the evidence that Kelvin Stevenson suffered more than a minimal physical injury in the alleged December 31, 2010 incident caused by Joseph Catanzariti?

**Answer:** _____ Yes       _____ No

If your answer is "Yes," in what amount was Kelvin Stevenson's injury?

$ _____ [in dollars and cents]

If your answer is "No," do you award Kelvin Stevenson nominal damages in the amount of $1.00 to reflect that Joseph Catanzariti violated his Constitutional rights as found in Question 5?

**Answer:** _____ Yes       _____ No

**Question 7:** Do you find by a preponderance of the evidence that Joseph Catanzariti acted with malice or reckless indifference to Kelvin Stevenson's federally protected rights in connection with the alleged December 31, 2010 incident, and

3

that punitive damages should be assessed against Joseph Catanzariti?

**Answer:** _____ Yes     _____ No

If your answer is "No," skip to Question 8.

If your answer is "Yes," in what amount?

$_____ [in dollars and cents]

**Question 8:** Do you find by a preponderance of the evidence that Joseph Catanzariti was present when someone else used force on Kelvin Stevenson that was malicious and sadistic for the purpose of causing harm and not applied in a good faith effort to maintain or restore discipline on December 31, 2010, <u>and</u> that Joseph Catanzariti had the time, ability and opportunity to stop the use of force and that Joseph Catanzariti's failure to act caused Kelvin Stevenson injuries?

**Answer:** _____ Yes     \_\_\_\_X_____ No

If your answer is "No," this ends your deliberations as to Joseph Catanzariti, and you should move to the next section of the verdict form regarding Caleb Harrison.

If your answer is "Yes," what amount of damages did Joseph Catanzariti cause Kelvin Stevenson by failing to intervene?

$_____ [in dollars and cents]

4

## DEFENDANT CALEB HARRISON

**Question 1:** Has Plaintiff **Kelvin Stevenson** proven by a preponderance of the evidence that Caleb Harrison (a) intentionally used force against Kelvin Stevenson on December 31, 2010, (b) the force Caleb Harrison used was malicious and sadistic for the purpose of causing harm and not applied in a good faith effort to maintain or restore discipline, (c) Caleb Harrison's conduct caused Kelvin Stevenson's injuries, <u>and</u> (d) Caleb Harrison acted under color of law?

**Answer:** _____ Yes     \_\_\_\_X\_\_\_\_\_ No

If your answer is "Yes," proceed to Question 2.

If your answer is "No", your deliberations are complete for the excessive force claim against Caleb Harrison. Skip to Question 4.

**Question 2:** Do you find by a preponderance of the evidence that Kelvin Stevenson suffered more than a minimal physical injury in the alleged December 31, 2010 incident caused by Caleb Harrison?

**Answer:** _____ Yes     _____ No

If your answer is "Yes," in what amount was Kelvin Stevenson's injury?

$_____ [in dollars and cents]

If your answer is "No," do you award Kelvin Stevenson nominal damages in the amount of $1.00 to reflect that Caleb Harrison violated his Constitutional rights as found in Question 1?

**Answer:** _____ Yes     _____ No

**Question 3:** Do you find by a preponderance of the evidence that Caleb Harrison acted with malice or reckless indifference to Kelvin Stevenson's federally protected rights in connection with the alleged December 31, 2010 incident, and that punitive damages should be assessed against Caleb Harrison?

5

**Answer:** _____ Yes            _____ No

If your answer is "No," skip to Question 4.

If your answer is "Yes," in what amount?

$_____ [in dollars and cents]

**Question 4:** Do you find by a preponderance of the evidence that Caleb Harrison was present when someone else used force on Kelvin Stevenson that was malicious and sadistic for the purpose of causing harm and not applied in a good faith effort to maintain or restore discipline on December 31, 2010, <u>and</u> that Caleb Harrison had the time, ability and opportunity to stop the use of force and that Caleb Harrison's failure to act caused Kelvin Stevenson injuries?

**Answer:** _____ Yes            \_\_\_\_X_____ No

If your answer is "No," this ends your deliberations, and your foreperson should sign and date this verdict form.

If your answer is "Yes," what amount of damages did Caleb Harrison cause Kelvin Stevenson by failing to intervene?

$_____ [in dollars and cents]

So we all say this  15th  day of June, 2023.

/FOREPERSON            6-15-23
                       DATE

6