AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Miguel Jackson, et al.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 612-113

Joseph Catanzariti, et al.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the verdict entered on June 15, 2023, JUDGMENT is hereby entered in favor of Plaintiff Miguel Jackson against Defendant Joseph Catanzariti for the sum of One and 00/100 Dollars ($1.00) plus interest at the applicable legal rate from the date of judgment for failure to intervene, and costs are assessed against Defendant Joseph Catanzariti, to be taxed by the Clerk of Court.

Further, JUDGMENT is hereby entered in favor of Defendant Joseph Catanzariti, and against Plaintiff Miguel Jackson, as to the alleged excessive force claim, so Plaintiff Miguel Jackson shall take nothing more from Defendant Joseph Catanzariti.

As to Plaintiff Kelvin Stevenson, JUDGMENT is hereby entered in favor of Defendant Joseph Catanzariti and Defendant Caleb Harrison, and against Plaintiff Kelvin Stevenson, as to all claims against them. Plaintiff Kelvin Stevenson shall take nothing, and costs are hereby assessed against Plaintiff Kelvin Stevenson, to be taxed by the Clerk of Court.

06/28/2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk