AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Miguel Jackson, et al

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 612-113

Joseph Catanzariti, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's ruling of a directed verdict on June 13, 2023, JUDGMENT is hereby entered in favor of Defendant Caleb Harrison, and against Plaintiff Miguel Jackson. Plaintiff Miguel Jackson shall take nothing, and costs are hereby assessed against Plaintiff Miguel Jackson, to be taxed by the Clerk of Court.

06/28/2023 | John E. Triplett, Clerk of Court
Date | Clerk

(By) Deputy Clerk