AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Miguel Jackson, et al

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 612-113

Joseph Catanzariti, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's findings on June 12, 2023, JUDGMENT is hereby entered in favor of Defendant Jarrod Bennett, and against Plaintiff Kelvin Stevenson and Plaintiff Miguel Jackson, as to a claim for failure to intervene inside the D2 dormitory.
JUDGMENT is hereby entered in favor of Defendant Gordon Pittman, and against Plaintiff Kelvin Stevenson and Plaintiff Miguel Jackson, as to claims for excessive force and failure to intervene outside the D2 dormitory.
JUDGMENT is hereby entered in favor of Defendant Joshua Eason, and against Plaintiffs Kelvin Stevenson and Plaintiff Miguel Jackson, as to a claim for failure to intervene outside the D2 dormitory, and in favor of Defendant Joshua Eason, and against Plaintiff Miguel Jackson, as to a claim for excessive force outside the D2 dormitory.
JUDGMENT is hereby entered in favor of Derius Attical, and against Plaintiff Kelvin Stevenson as to a claim for excessive force inside the D2 dormitory, and as to a claim for failure to intervene outside the D2 dormitory. Further, JUDGMENT is hereby entered in favor of Derius Attical, and

06/28/2023 | John E. Triplett, Clerk of Court
Date | Clerk

(By) Deputy Clerk

Further, JUDGMENT is hereby entered in favor of Derius Attical, and against Plaintiff Miguel Jackson, as to claims for excessive force and failure to intervene outside the D2 dormitory.

JUDGMENT is hereby entered in favor of Sheldon Deloach, Michael Deloach, and Timothy Simmons, and against Plaintiff Kelvin Stevenson and Plaintiff Miguel Jackson.

Plaintiffs Kelvin Stevenson and Miguel Jackson shall take nothing from the above-notated Defendants, and costs are hereby assessed against the Plaintiffs, to be taxed by the Clerk of Court.