ATTACHMENT 1

# SATCHER & MCGOVERN LLC

— ATTORNEYS AT LAW —

## INVOICE

Georgia Department of Administrative Services c/o
Georgia Administrative Services

Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 545
File Number: 36335 / 002
Invoice Date: Wed, March 30, 2022

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 2/16/2022 | ALM | Draft/revise and finalize witness list for trial. | 0.5 | 125.00 | 62.50 |
| 2/24/2022 | ALM | Initial draft/revision to pretrial order. | 0.8 | 125.00 | 100.00 |
| 3/8/2022 | ALM | Initial review of depositions and summaries of multiple corrections officers in prep for PTO/trial. | 4.6 | 125.00 | 575.00 |
| 3/9/2022 | ALM | Initial review of multiple inmate depositions and summaries in prep for PTO/trial. | 3.9 | 125.00 | 487.50 |
| 3/11/2022 | ALM | Initial review of disciplinary histories, institutional files and statements/report from incident in prep for PTO/trial. | 3.9 | 125.00 | 487.50 |
| 3/14/2022 | ALM | Initial review of depo of P. Stevenson in prep for PTO/trial. | 2.8 | 125.00 | 350.00 |
| 3/15/2022 | ALM | Review of MSJ ruling in preparation for PTO/limine. | 1.1 | 125.00 | 137.50 |
| 3/15/2022 | ALM | Initial review of depo of P. Jackson for PTO/trial. | 3.2 | 125.00 | 400.00 |
| 3/15/2022 | ALM | Review of additional officer depositions/summaries in prep for PTO/trial. | 3.2 | 125.00 | 400.00 |
| 3/15/2022 | TLL | Begin drafting defendant Eason's portion of the pretrial order. | 3.0 | 125.00 | 375.00 |
| 3/15/2022 | TLL | Finish the first draft of defendant Eason's portion of the proposed pretrial order. | 3.2 | 125.00 | 400.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/16/2022 | ALM | Review of voluminous medical and inmate records in preparation for trial. | 3.8 | 125.00 | 475.00 |
| 3/16/2022 | ALM | Further review of video and deposition summaries in prep for trial/PTO. | 2.6 | 125.00 | 325.00 |
| 3/17/2022 | ALM | Initial review of client deposition in prep for trial/PTO. | 2.8 | 125.00 | 350.00 |
| 3/17/2022 | ALM | Further review of multiple inmate depositions/statements in prep for PTO/trial. | 3.9 | 125.00 | 487.50 |
| 3/18/2022 | ALM | Review of multiple documents including photos, statements, GBI report, policies etc in preparation for pretrial order. | 2.9 | 125.00 | 362.50 |
| 3/18/2022 | ALM | Draft/revision to pretrial order and conference with defense counsel regarding limines, charges, trial schedule, etc. | 1.9 | 125.00 | 237.50 |
| 3/20/2022 | TLL | Draft the first draft of defendant's motion in limine for trial. | 2.9 | 125.00 | 362.50 |
| 3/21/2022 | ALM | Draft/revision to proposed pretrial order, voir dire. | 1.2 | 125.00 | 150.00 |
| 3/21/2022 | ALM | Draft/revision to motions in limine. | 0.9 | 125.00 | 112.50 |
| 3/21/2022 | TLL | Review multiple emails from attorney general's office finalizing the pretrial order, with attachments and voir dire, exhibit list, and jury charges. | 0.3 | 125.00 | 37.50 |
| 3/22/2022 | ALM | Further review of Eason testimony and prep for trial examination. | 1.8 | 125.00 | 225.00 |
| 3/22/2022 | CSC | Revise Motion in Limine | 0.3 | 50.00 | 15.00 |
| 3/22/2022 | CSC | Work on DFT Eason's Proposed Trial Exhibit List | 0.4 | 50.00 | 20.00 |
| 3/30/2022 | ALM | Receipt/review of reset deadlines. | 0.2 | 125.00 | 25.00 |
| | | **Fees for Services Rendered** | 56.1 | | **$6,960.00** |
| | | **Courtesy Discount** | | | **$54.04** |
| | | **Total Fees after Discount** | | | **$6,905.96** |
| | | **Total New Charges** | | | **$6,905.96** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

*Account Statement:*

| | |
|---|---:|
| Balance as of Last Invoice | 1,080.84 |
| Payments and Adjustments | -1,080.84 |
| Balance forward | 0.00 |
| Current Charges | 6,905.96 |
| **Amount Due and Owing to Date** | **$6,905.96** |

*Payments:*

| Date | Description | Amount |
|---|---|---:|
| 3/30/2022 | Payment #0616 | 1,080.84 |
| | **Total Payment** | **$1,080.84** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN LLC

## — ATTORNEYS AT LAW —

### INVOICE

**Georgia Department of Administrative Services c/o**
**Georgia Administrative Services**
Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 561
File Number: 36335 / 002
Invoice Date: Mon, April 25, 2022

### Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 4/11/2022 | ALM | Additional communications with counsel regarding in person meeting. | 0.1 | 125.00 | 12.50 |
| 4/25/2022 | ALM | Communicate with client Joshua Eason regarding upcoming trial. | 0.3 | 125.00 | 37.50 |
| 4/25/2022 | ALM | Communicate with DOAS regarding new trial date/pretrial order. | 0.1 | 125.00 | 12.50 |
| | | **Fees for Services Rendered** | **0.5** | | **$62.50** |

| | |
|---|---|
| **Total New Charges** | **$62.50** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 6,905.96 |
| Current Charges | 62.50 |
| **Amount Due and Owing to Date** | **$6,968.46** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN LLC

## — ATTORNEYS AT LAW —

### INVOICE

Georgia Department of Administrative Services c/o
Georgia Administrative Services
Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 625
File Number: 36335 / 002
Invoice Date: Fri, July 29, 2022

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 7/14/2022 | ALM | Communicate with counsel regarding meet and confer on PTO, etc. | 0.2 | 125.00 | 25.00 |
| 7/16/2022 | ALM | Initial review of deposition of plaintiff Jackson in preparation for cross examination at trial. | 1.8 | 125.00 | 225.00 |
| 7/16/2022 | ALM | Initial review of potential trial exhibits and potential updated medicals, convictions and other items needed for trial. | 2.3 | 125.00 | 287.50 |
| 7/17/2022 | ALM | Completion of review of deposition of plaintiff Jackson in initial trial preparation and outline of issues for cross-examination for trial, and further review of potential exhibits and updated documents regarding same. | 3.9 | 125.00 | 487.50 |
| 7/17/2022 | ALM | Initial preparation of timeline and damages issues and arguments in preparation for trial. | 1.2 | 125.00 | 150.00 |
| 7/17/2022 | ALM | Initial review of voluminous medicals of institutional plaintiffs in preparation for trial and correlate to damages case. | 3.2 | 125.00 | 400.00 |
| 7/18/2022 | ALM | Initial preparation of trial outline for witnesses and exhibits needed. | 0.6 | 125.00 | 75.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/2022 | ALM | Further review of potential trial exhibits including SOPs, photos, GBI investigation, etc. | 0.9 | 125.00 | 112.50 |
| 7/26/2022 | ALM | Review of plaintiff Stevenson's deposition for trial preparation and initial outline of questions and exhibits for cross. | 3.9 | 125.00 | 487.50 |
| 7/26/2022 | ALM | Initial review of deposition of client Joshua Eason and begin outline regarding examination for trial regarding same. | 1.6 | 125.00 | 200.00 |
| 7/26/2022 | CSC | Preparation of comprehensive document/exhibit summary and preparation for trial. | 3.8 | 50.00 | 190.00 |
| 7/26/2022 | CSC | Begin summary of documents for use at trial/trial exhibits. | 2.5 | 50.00 | 125.00 |
| 7/27/2022 | ALM | Review of deposition testimony of client, Joshua Eason, and begin general outline for direct examination for trial. | 3.2 | 125.00 | 400.00 |
| 7/27/2022 | ALM | Complete review of deposition of client Joshua Eason and continue with additional prep for trial testimony. | 1.9 | 125.00 | 237.50 |
| 7/27/2022 | ALM | Initial review of deposition testimony of codefendant Catzaretti in preparation for trial. | 1.6 | 125.00 | 200.00 |
| 7/28/2022 | ALM | Review of lengthy transcript of lead defendant Catz in preparation for trial. | 3.2 | 125.00 | 400.00 |
| 7/28/2022 | ALM | Review of 30b6 depo of GDC rep in preparation for trial. | 1.6 | 125.00 | 200.00 |
| 7/28/2022 | ALM | Finish review of lengthy depo of Catz and initial outline of issues for trial. | 1.6 | 125.00 | 200.00 |
| 7/28/2022 | CSC | Continue reviewing file/documents and preparing exhibits and supportive documents for trial. | 3.2 | 50.00 | 160.00 |
| 7/29/2022 | ALM | Review of Henderson deposition regarding testimony on Eason and role, and initial outline for trial. | 1.3 | 125.00 | 162.50 |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

| 7/29/2022 | ALM | Review of lengthy MSJ order and outline issues regarding evidence permitted at trial. | 1.1 | 125.00 | 137.50 |
|---|---|---|---|---|---|
| | | **Fees for Services Rendered** | 44.6 | | $4,862.50 |
| | | **Courtesy Discount** | | | $3.13 |
| | | **Total Fees after Discount** | | | $4,859.37 |

**Total New Charges** $4,859.37

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 6,968.46 |
| Payments and Adjustments | -6,968.46 |
| Balance forward | 0.00 |
| Current Charges | 4,859.37 |
| **Amount Due and Owing to Date** | **$4,859.37** |

*Payments:*

| Date | Description | Amount |
|---|---|---|
| 5/3/2022 | Payment #0640 | 6,905.96 |
| 5/27/2022 | Payment #0655 | 62.50 |
| | **Total Payment** | **$6,968.46** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN LLC

## ATTORNEYS AT LAW

### INVOICE

**Georgia Department of Administrative Services c/o**
**Georgia Administrative Services**

Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 643
File Number: 36335 / 002
Invoice Date: Wed, August 31, 2022

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 8/5/2022 | ALM | Further review of lengthy depo of Catz, lead defendant, in preparation for trial. | 1.8 | 125.00 | 225.00 |
| 8/9/2022 | ALM | Review and prepare outline for trial. | 0.6 | 125.00 | 75.00 |
| 8/11/2022 | ALM | Further review of exhibits for trial and expert deposition and potential testimony. | 1.8 | 125.00 | 225.00 |
| 8/17/2022 | ALM | Further review of witness depositions regarding references to Eason. | 2.7 | 125.00 | 337.50 |
| 8/22/2022 | ALM | Review of court instructions, pretrial order, exhibits, witnesses, limines and remaining evidentiary issues in preparation for court mandated conference with counsel tomorrow. | 3.7 | 125.00 | 462.50 |
| 8/22/2022 | ALM | Communications with counsel regarding exhibits and PTO for conference tomorrow. | 0.3 | 125.00 | 37.50 |
| 8/22/2022 | ALM | Review and prep for in person meeting per court order; review and prep of exhibits, witnesses, PTO, etc. and communicate with codefense counsel regarding same. | 1.6 | 125.00 | 200.00 |
| 8/23/2022 | CSC | Draft/finalize letter to Eason re trial and preparation for same | 0.3 | 50.00 | 15.00 |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

| Date | | Description | | | |
|---|---|---|---|---|---|
| 8/23/2022 | CSC | Email to DFT Eason re trial | 0.2 | 50.00 | 10.00 |
| 8/23/2022 | CSC | Reviewing documents and begin preparing/marking trial exhibits | 1.9 | 50.00 | 95.00 |
| 8/23/2022 | ALM | Meet and confer meeting with plaintiffs' and defense counsel per Court requirement; meet and address PTO, witnesses, exhibits, etc. and travel to and from same. | 2.9 | 125.00 | 362.50 |
| 8/23/2022 | ALM | Communicate with client Eason regarding upcoming trial. | 0.3 | 125.00 | 37.50 |
| 8/24/2022 | CSC | Continue preparing and marking trial exhibits | 1.8 | 50.00 | 90.00 |
| 8/30/2022 | CSC | Text messages with Joshua Eason | 0.2 | 50.00 | 10.00 |
| 8/30/2022 | ALM | Receipt/review of plaintiff's portion of pretrial order, voir dire, charges, etc. | 1.6 | 125.00 | 200.00 |
| 8/30/2022 | ALM | Communicate with client regarding trial preparation, issues, schedule. | 0.8 | 125.00 | 100.00 |
| | | **Fees for Services Rendered** | **22.5** | | **$2,482.50** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 8/23/2022 | Postage | 0.57 |
| | **Total Fees & Expenses** | **$2,483.07** |
| | **Total New Charges** | **$2,483.07** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 4,859.37 |
| Current Charges | 2,483.07 |
| **Amount Due and Owing to Date** | **$7,342.44** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN, LLC.

## —— ATTORNEYS AT LAW ——

### INVOICE

Georgia Department of Administrative Services c/o
Georgia Administrative Services

Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 659

File Number: 36335 / 002

Invoice Date: Fri, September 30, 2022

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 8/31/2022 | ALM | Communicate with DOAS regarding update on status of trial preparation. | 0.2 | 125.00 | 25.00 |
| 9/1/2022 | ALM | Communications with codefense counsel regarding PTO, plaintiff's portion, attachments. | 0.4 | 125.00 | 50.00 |
| 9/2/2022 | ALM | Further draft/revision to PTO and communications with counsel regarding finalizing same. | 0.8 | 125.00 | 100.00 |
| 9/2/2022 | ALM | Draft verdict form with numerous interrogatories on issues of excessive force, failure to intervene and damages for final pretrial order, and coordinate final changes to PTO with codefense counsel. | 1.8 | 125.00 | 225.00 |
| 9/2/2022 | ALM | Further draft/revision/finalize pretrial order/verdict forms in preparation for filing. | 0.4 | 125.00 | 50.00 |
| 9/2/2022 | ALM | Final communications with co-counsel and finalization of PTO. | 0.3 | 125.00 | 37.50 |
| 9/7/2022 | ALM | Receipt/review of communications with counsel regarding plaintiffs' trial exhbitis/receipt/review of plaintiffs' PTO filing. | 0.6 | 125.00 | 75.00 |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

| Date | | Description | | | |
|------|------|-------------|-----|--------|--------|
| 9/7/2022 | CSC | Email exchange with Jennifer Jones/AG's paralegal re missing trial exhibits. (They have not yet gathered) | 0.2 | 50.00 | 10.00 |
| 9/12/2022 | ALM | Communications with counsel regarding court deadlines and exhibits not produced by plaintiff, strategy on response. | 0.3 | 125.00 | 37.50 |
| 9/13/2022 | ALM | Receipt/review of 105 exhibits from plaintiff's counsel to analyze evidentiary issues and objections for deadline Friday. | 4.6 | 125.00 | 575.00 |
| 9/14/2022 | ALM | Initial review of plaintiff's 108 exhibits and preparation of objections to same. | 2.6 | 125.00 | 325.00 |
| 9/16/2022 | ALM | Review of 105 exhibits proposed by plaintiffs for trial; review updates to evidentiary rules and prepare list of evidentiary objections for Court per deadline. | 3.9 | 125.00 | 487.50 |
| 9/16/2022 | ALM | Multiple communications with counsel regarding objections to trial exhibits. | 0.1 | 125.00 | 12.50 |
| 9/16/2022 | ALM | Further draft/revision to objections to 100+ exhibits from plaintiff, filed late and past the Court deadline. Preparation of cover letter to go with objections and communications with counsel regarding same. | 2.7 | 125.00 | 337.50 |
| 9/16/2022 | ALM | Final draft revision to objections to exhibits and cover letter to Court regarding same. | 0.6 | 125.00 | 75.00 |
| 9/16/2022 | CSC | Assist attorney with trial preparation | 3.2 | 50.00 | 160.00 |
| 9/16/2022 | CSC | Draft Objections Cover Page document | 0.4 | 50.00 | 20.00 |
| 9/16/2022 | CSC | Multiple revisions to Objections to PLFS Trial Exhibits | 2.6 | 50.00 | 130.00 |
| 9/16/2022 | CSC | Receive and cursory review of Plaintiff's Trial Exhibits | 0.3 | 50.00 | 15.00 |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

| Date | | Description | | | |
|------|---|---|---|---|---|
| 9/27/2022 | ALM | Initial review of plaintiff's motion in limine and brief and objections to exhibits and initial outline and preparation of response to same. | 1.6 | 125.00 | 200.00 |

| | | | | |
|---|---|---|---|---|
| **Fees for Services Rendered** | | 27.6 | | **$2,947.50** |
| **Courtesy Discount** | | | | $124.50 |
| **Total Fees after Discount** | | | | $2,823.00 |

| | |
|---|---|
| **Total New Charges** | $2,823.00 |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 7,342.44 |
| Payments and Adjustments | -7,342.44 |
| Balance forward | 0.00 |
| Current Charges | 2,823.00 |
| **Amount Due and Owing to Date** | **$2,823.00** |

*Payments:*

| Date | Description | Amount |
|------|-------------|--------|
| 9/12/2022 | Payment #0738 - CK#33109893 deposit date 09/06/22 | 4,859.37 |
| 9/30/2022 | Payment #0746 | 2,483.07 |
| | **Total Payment** | **$7,342.44** |

# SATCHER & MCGOVERN, LLC

## ATTORNEYS AT LAW

### INVOICE

| | |
|---|---|
| Georgia Department of Administrative Services c/o<br>Georgia Administrative Services<br><br>Attention: Carey Scruggs<br>1775 Spectrum Drive<br>Suite 100<br>Lawrenceville, GA 30043 | Invoice # 678<br><br>File Number: 36335 / 002<br>Invoice Date: Wed, October 26, 2022 |

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/23/2022 | ALM | Draft/revision and review of codefendants response to plaintiff's motion in limine and draft/revise adoption of same. | 0.1 | 125.00 | 12.50 |
| 9/30/2022 | ALM | Draft/revision to motion incorporating response to plaintiff's motion in limine, draft/revision to response, and communications with AGs office regarding additional evidence. | 0.8 | 125.00 | 100.00 |
| 9/30/2022 | CSC | Additional revisions to Response in Opposition to Motion in Limine | 1.4 | 50.00 | 70.00 |
| 10/3/2022 | ALM | Receipt/review of motion and order for contraband for trial and communicate with AG regarding same. | 0.5 | 125.00 | 62.50 |
| 10/4/2022 | ALM | Receipt/review of order granting release of physical evidence. | 0.2 | 125.00 | 25.00 |
| 10/4/2022 | ALM | Initial review of mediation report and preparation of LLC comprehensive trial report. | 0.9 | 125.00 | 112.50 |
| 10/4/2022 | ALM | Receipt/review of plaintiff's response to motion in limine for Eason and Attical. | 0.9 | 125.00 | 112.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/5/2022 | ALM | Review of pretrial filings/trial preparation materials and prepare comprehensive pretrial LLC report for large loss committee next week. | 2.9 | 125.00 | 362.50 |
| 10/6/2022 | CSC | Text message from/to Joshua Eason - confirming trial going forward | 0.2 | 50.00 | 10.00 |
| 10/10/2022 | ALM | Review of pretrial order, limines and responsive briefing, verdict forms, exhibit lists and objections, and final witness lists in initial preparation for pretrial conference. | 2.1 | 125.00 | 262.50 |
| 10/10/2022 | ALM | Review of amended complaint, discovery responses and disclosures in preparation for trial and PTC. | 0.9 | 125.00 | 112.50 |
| 10/10/2022 | ALM | Review of MSJ order and videos, photos and diagrams of event/riot in preparation for trial and PTC. | 1.8 | 125.00 | 225.00 |
| 10/10/2022 | ALM | Initial outline of direct examination of client Josh Eason and further review of deposition and exhibits in preparation of same. | 2.4 | 125.00 | 300.00 |
| 10/10/2022 | ALM | Initial outline of cross examination of Jackson in preparation for trial, refer to prior testimony to prepare same. | 1.1 | 125.00 | 137.50 |
| 10/10/2022 | ALM | Initial outline of cross examination of plaintiff Stevenson for trial, review of testimony in preparation of same. | 0.9 | 125.00 | 112.50 |
| 10/10/2022 | ALM | Initial outline/preparation of cross examination of other potential witnesses plaintiffs may call against Eason, especially inmate witnesses, including Briscoe, Cratic, Satterfield and Anderson. | 2.1 | 125.00 | 262.50 |
| 10/10/2022 | ALM | Initial outline of opening statement, structure for closing argument, consider issues for directed verdict. | 2.6 | 125.00 | 325.00 |
| 10/10/2022 | CSC | Assist attorney with trial preparation | 2.6 | 50.00 | 130.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2022 | ALM | Communicate with AG regarding presentation of case, evidence, expected testimony and video. | 0.5 | 125.00 | 62.50 |
| 10/11/2022 | ALM | Review of declarations of plaintiffs and further revise cross examinations. | 1.4 | 125.00 | 175.00 |
| 10/11/2022 | ALM | Further preparation of opening statement. | 1.1 | 125.00 | 137.50 |
| 10/11/2022 | CSC | Text message Joshua Eason re trial prep | 0.3 | 50.00 | 15.00 |
| 10/11/2022 | CSC | Emails to Jennifer Jones/Co-DFT paralegal re trial evidence and videos | 0.2 | 50.00 | 10.00 |
| 10/11/2022 | CSC | Assist attorney with preparation for trial | 3.7 | 50.00 | 185.00 |
| 10/11/2022 | ALM | Further draft/revision to opening statement, rework and outline elements for close. | 3.6 | 125.00 | 450.00 |
| 10/11/2022 | CSC | Text message exchanges with Joshua Eason re trial preparation | 0.2 | 50.00 | 10.00 |
| 10/12/2022 | MBS | Research about venue of Statesboro Division of US District Court Southern Division, Judge Randal Hall,  and several calls to Clerk's Office to learn information about potential jury pool. | 1.3 | 125.00 | 162.50 |
| 10/12/2022 | ALM | Further review of plaintiff Jackson's deposition, declaration and prep cross examination for trial. | 3.6 | 125.00 | 450.00 |
| 10/12/2022 | ALM | Appear for attend LLC to obtain permission to proceed to trial, present case as to Eason. | 0.9 | 125.00 | 112.50 |
| 10/12/2022 | ALM | Initial review of law regarding potential directed verdict for Eason, begin outline of same. | 0.8 | 125.00 | 100.00 |
| 10/12/2022 | ALM | Review of Stevenson's deposition and declaration and further preparation of cross-examination for trial. | 2.4 | 125.00 | 300.00 |
| 10/12/2022 | CSC | Email Joshua Eason/client with videos for review | 0.2 | 50.00 | 10.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2022 | ALM | Review of inmate testimony in preparation for cross examination should they appear at trial, including Cedric Neely and Williiam Pate. | 3.9 | 125.00 | 487.50 |
| 10/14/2022 | ALM | Review of depositions of inmates/potential trial witnesses Cratic and Anderson. | 3.8 | 125.00 | 475.00 |
| 10/17/2022 | ALM | Further review of client testimony and trial exhibits and further preparation for direct examination and prep him for cross at trial. | 3.6 | 125.00 | 450.00 |
| 10/17/2022 | ALM | Further review of testimony and exhibits and prepare client for trial testimony. | 2.8 | 125.00 | 350.00 |
| 10/17/2022 | ALM | Receipt/review of plaintiff's proposed motion for continuance for trial and communications with codefense counsel regarding same. | 0.4 | 125.00 | 50.00 |
| 10/17/2022 | ALM | Efforts to review and play stationary camera video for trial presentation. | 0.6 | 125.00 | 75.00 |
| 10/17/2022 | CSC | Assist attorney re trial prep exhibits | 0.6 | 50.00 | 30.00 |
| 10/18/2022 | ALM | Further review of exhibits and incorporate into direct examination of Eason and further preparations of same, including review/evaluation of video. | 3.6 | 125.00 | 450.00 |
| 10/18/2022 | CSC | Telephone call to Lisa Weider/Judge's Clerk re trial calendar | 0.2 | 50.00 | 10.00 |
| 10/18/2022 | ALM | Further update and review of cross exams of plaintiff's and incorporate into open and close. | 1.2 | 125.00 | 150.00 |
| 10/18/2022 | ALM | Review of PTO, exhibits, etc. in preparation for PTC tomorrow. | 0.8 | 125.00 | 100.00 |
| 10/18/2022 | ALM | Conference with client and preparation for testimony. | 0.9 | 125.00 | 112.50 |
| 10/18/2022 | ALM | Receipt/review of order continuing trial and communicate with client regarding same. | 0.3 | 125.00 | 37.50 |

| 10/26/2022 | ALM | Receipt/review of new trial setting, contact DOAS and client regarding same. | 0.3 | 125.00 | 37.50 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Fees for Services Rendered** | 67.6 | | **$7,730.00** |
| **Courtesy Discount** | | | **$141.15** |
| **Total Fees after Discount** | | | **$7,588.85** |

| **Total New Charges** | | **$7,588.85** |
|---|---|---|

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 2,823.00 |
| Payments and Adjustments | -2,823.00 |
| Balance forward | 0.00 |
| Current Charges | 7,588.85 |
| **Amount Due and Owing to Date** | **$7,588.85** |

*Payments:*

| Date | Description | Amount |
|---|---|---|
| 10/26/2022 | Payment #0783 | 2,823.00 |
| | **Total Payment** | **$2,823.00** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN LLC

## — ATTORNEYS AT LAW —

### INVOICE

Georgia Department of Administrative Services c/o
Georgia Administrative Services

Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 762
File Number: 36335 / 002
Invoice Date: Tue, February 28, 2023

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 1/25/2023 | ALM | Receipt/review of motion for miscellaneous relief. | 0.2 | 125.00 | 25.00 |
| 1/26/2023 | ALM | Receipt/review of notice of pretrial conference. | 0.1 | 125.00 | 12.50 |
| 1/26/2023 | CSC | Review/summary of Court's new conference and trial dates | 0.3 | 50.00 | 15.00 |
| 1/26/2023 | ALM | Receipt/review of court orders for witness production and scheduling for trial. | 0.2 | 125.00 | 25.00 |
| 1/30/2023 | ALM | Begin review of inmate testimony for inmates plaintiff sought to produce at trial in recent filing, in order to prepare for testimony in March trial (no requests to produce inmates for prior trial setting). | 3.6 | 125.00 | 450.00 |
| 2/1/2023 | ALM | Further review of newly identified witnesses by plaintiffs and review of deposition testimony of multiple witnesses to evaluate questioning needed by client Eason. | 3.9 | 125.00 | 487.50 |
| 2/1/2023 | ALM | Receipt/review of plaintiffs' supplemental limine to exclude crimes of inmate witnesses. | 0.6 | 125.00 | 75.00 |
| 2/1/2023 | ALM | Draft/revision to correspondence to client regarding trial preparations. | 0.3 | 125.00 | 37.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2023 | CSC | Draft letter to client regarding new trial date and request dates for trial prep | 0.3 | 50.00 | 15.00 |
| 2/1/2023 | CSC | Receive and review PLF Jackson's supplement to motion in limine | 0.2 | 50.00 | 10.00 |
| 2/2/2023 | ALM | Further review of deposition of inmate Cedric Neely and preparation for trial examination. | 2.8 | 125.00 | 350.00 |
| 2/2/2023 | ALM | Review of inmate Cratic deposition and preparation of examination for trial. | 1.8 | 125.00 | 225.00 |
| 2/2/2023 | ALM | Receipt/review of plaintiff's additional motion in limine and initial outline of response to same. | 0.8 | 125.00 | 100.00 |
| 2/2/2023 | ALM | Communicate with plaintiff's counsel regarding accepting service of subpoena for client's testimony. | 0.2 | 125.00 | 25.00 |
| 2/2/2023 | CSC | Revise letter to client regarding upcoming dates | 0.1 | 50.00 | 5.00 |
| 2/2/2023 | CSC | Email to client with correspondence regarding trial and preparation for same; Text message exchange with Mr. Eason | 0.3 | 50.00 | 15.00 |
| 2/3/2023 | ALM | Further review of potential plaintiff witness testimony and preparation for same, including preparation outline for client on cross. | 3.6 | 125.00 | 450.00 |
| 2/3/2023 | ALM | Communicate with client regarding trial preparation. | 0.3 | 125.00 | 37.50 |
| 2/6/2023 | ALM | Receipt/review of plaintiffs' additional pleadings regarding procuring additional inmate witnesses, intent to use depositions for those claiming unavailable. | 0.3 | 125.00 | 37.50 |
| 2/6/2023 | CSC | Text message exchanges with client regarding work schedule and week of trial | 0.2 | 50.00 | 10.00 |
| 2/7/2023 | ALM | Receipt/review plaintiff's motion in limine for Stevenson. | 0.7 | 125.00 | 87.50 |
| 2/8/2023 | CSC | Receive and review additional motions in limine and supplements | 0.3 | 50.00 | 15.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2023 | ALM | Receipt/review of additional motions in limine from plaintiffs. | 0.8 | 125.00 | 100.00 |
| 2/9/2023 | ALM | Communications with defense counsel and plaintiff's counsel regarding PTO and meet and confer requirement. | 0.3 | 125.00 | 37.50 |
| 2/9/2023 | ALM | Conference call with defense counsel regarding limines and PTO. | 0.5 | 125.00 | 62.50 |
| 2/10/2023 | CSC | Cursory review of several motions and responses filed by Plaintiff | 0.4 | 50.00 | 20.00 |
| 2/10/2023 | ALM | Additional communications with counsel regarding finalizing pretrial order and limine issues. | 0.4 | 125.00 | 50.00 |
| 2/10/2023 | ALM | Review of Briscoe and Pate inmate depositions based on plaintiff's request to bring live to trial; intiial outline of issues/questions for cross at trial. | 3.9 | 125.00 | 487.50 |
| 2/13/2023 | ALM | Communicate with codefense counsel regarding pretrial order and confer and meet requirement. | 0.2 | 125.00 | 25.00 |
| 2/14/2023 | ALM | Additional communications between counsel regarding final edits and revisions to PTO. | 0.5 | 125.00 | 62.50 |
| 2/15/2023 | ALM | Multiple communications from plaintiff's counsel regarding pretrial order changes and witnesses and subsequent communications among defense counsel regarding same. | 0.6 | 125.00 | 75.00 |
| 2/15/2023 | ALM | Draft/revise and finalize pretrial order and communicate with codefense counsel regarding same. | 0.8 | 125.00 | 100.00 |
| 2/15/2023 | ALM | Further communications with codefense counsel and finalization of PTO. | 0.3 | 125.00 | 37.50 |
| 2/16/2023 | ALM | Receipt/review of plaintiff's pretrial order portions and punitive damages argument. | 0.8 | 125.00 | 100.00 |
| 2/17/2023 | CSC | Receive PLFs supplement to amended motion in limine; Review Courts Order regarding due dates | 0.3 | 50.00 | 15.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/21/2023 | ALM | Receipt/review additional motion in limine to exclude all testimony evidence regarding anything but two moments with Jackson and Stevenson. | 0.6 | 125.00 | 75.00 |
| 2/22/2023 | ALM | Receipt/review of filing of video/motion regarding same. | 0.1 | 125.00 | 12.50 |
| 2/23/2023 | ALM | Receipt/.review of subpoena for Cratic to testify. | 0.1 | 125.00 | 12.50 |
| 2/23/2023 | ALM | Communications with codefense counsel regarding motions in limine responses. | 0.3 | 125.00 | 37.50 |
| 2/26/2023 | ALM | Further review of inmate proposed deposition testimony in reference to motion in limine as it relates to Eason. | 3.5 | 125.00 | 437.50 |
| 2/27/2023 | ALM | Additional supplemental motion in limine by plaintiff. | 0.5 | 125.00 | 62.50 |
| 2/27/2023 | CSC | Receive and review amended motion in limine | 0.2 | 50.00 | 10.00 |
| 2/28/2023 | ALM | Additional communications with plaintiff's counsel regarding trial witnesses and with DOAS regarding trial. | 0.3 | 125.00 | 37.50 |
| 2/28/2023 | ALM | Further review of multiple limines and cross reference with exhibits and testimony to determine response on behalf of defendant Eason, begin preparation of same. | 2.8 | 125.00 | 350.00 |
| | | **Fees for Services Rendered** | 39.3 | | **$4,717.50** |
| | | **Courtesy Discount** | | | **$379.44** |
| | | **Total Fees after Discount** | | | **$4,338.06** |

|  | **Total New Charges** | | | | **$4,338.06** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 7,588.85 |
| Payments and Adjustments | -7,588.85 |
| Balance forward | 0.00 |
| Current Charges | 4,338.06 |
| **Amount Due and Owing to Date** | **$4,338.06** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

*Payments:*

| Date | Description | Amount |
|------|-------------|--------|
| 11/18/2022 | Payment #0814- CK #33132955 Deposit Date 11/10 | 7,588.85 |
| | **Total Payment** | **$7,588.85** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN LLC

## — ATTORNEYS AT LAW —

### INVOICE

**Georgia Department of Administrative Services c/o**
**Georgia Administrative Services**
Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 778
File Number: 36335 / 002
Invoice Date: Sun, March 26, 2023

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 3/1/2023 | ALM | Draft/revision to responses to plaintiff's multiple motions in limine. | 0.7 | 125.00 | 87.50 |
| 3/1/2023 | ALM | Communications with codefense counsel regarding finalizing limine responses. | 0.2 | 125.00 | 25.00 |
| 3/2/2023 | ALM | Final review of inmate testimony to evaluate objections to transcripts if permitted to read to jury and communicate with codefense counsel regarding same. | 2.9 | 125.00 | 362.50 |
| 3/3/2023 | CSC | Review of several motions and objections to trial evidence filed by plaintiffs and objections filed by co-defendants | 0.5 | 50.00 | 25.00 |
| 3/3/2023 | CSC | Draft/finalize DFT Eason's objections to deposition designations and counter-designations of plaintiffs | 0.8 | 50.00 | 40.00 |
| 3/4/2023 | ALM | Review of deposition testimony and prepare for potential questions at trial for witnesses Catanzariti, Attical. | 3.8 | 125.00 | 475.00 |
| 3/4/2023 | ALM | Review of multiple recent limines/responses, revised pretrial order, verdict forms and charges in initial preparation for upcoming pretrial conference. | 1.9 | 125.00 | 237.50 |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

| Date | | Description | | | |
|---|---|---|---|---|---|
| 3/6/2023 | CSC | Receive and review 2 videos provided by PLF as trial evidence; Receive and review PLFs updated additional exhibits for trial | 1.6 | 50.00 | 80.00 |
| 3/6/2023 | ALM | Review of plaintiff Jackson transcript and rework cross examination in light of recent proceedings. | 2.3 | 125.00 | 287.50 |
| 3/6/2023 | ALM | Review of Stevenson transcript and rework cross examination in light of recent proceedings. | 1.7 | 125.00 | 212.50 |
| 3/8/2023 | ALM | Review of client's transcript and rework and prepare direct examination for trial. | 3.2 | 125.00 | 400.00 |
| 3/8/2023 | ALM | Prepare for client preparation session for trial including outline for direct, cross by plaintiffs and issues to address. | 1.8 | 125.00 | 225.00 |
| 3/8/2023 | ALM | Meet with client in preparation for trial and revise direct following same. | 2.8 | 125.00 | 350.00 |
| 3/9/2023 | CSC | Email to J. Eason/client with Notice of Hearing and Scheduling Order | 0.2 | 50.00 | 10.00 |
| 3/10/2023 | ALM | Receipt/review of plaintiff's trial exhibits and writs for plaintiffs' attendance at trial. | 2.1 | 125.00 | 262.50 |
| 3/11/2023 | ALM | Review of deposition of inmate Pate and prepare for cross. Review of transcripts of Briscoe, Thomas, Ritchie, Watkins and Pittman to address testimony on Eason. | 3.9 | 125.00 | 487.50 |
| 3/12/2023 | ALM | Review of tranripts of Anderson, Atherton, Cratic, Satterfield for impact on Eason case and potential questions. | 3.8 | 125.00 | 475.00 |
| 3/13/2023 | ALM | Review and prepare defense exhibits needed for trial and review and prep corresponding limines from P in preparation for pretrial conference. | 2.3 | 125.00 | 287.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/13/2023 | ALM | Review plaintiff's updated exhibit list and prepare for same; also review plaintiff's RFAs on Eason for potential use at trial. Review and prepare for argument on motions regarding Ps use of deposition transcripts and other objections to exhibits. | 3.4 | 125.00 | 425.00 |
| 3/13/2023 | ALM | Review of video in preparation for trial. | 1.1 | 125.00 | 137.50 |
| 3/13/2023 | ALM | Review of transcripts of Attical, Harrison, Davis and Hill for impact on Eason testimony and potential questions for trial. | 3.9 | 125.00 | 487.50 |
| 3/14/2023 | ALM | Further review of videos for trial prep and depositions of inmate witnesses. | 2.9 | 125.00 | 362.50 |
| 3/14/2023 | CSC | Assist attorney with additional trial preparations regarding plaintiff's new/updated trial exhibits | 1.3 | 50.00 | 65.00 |
| 3/14/2023 | ALM | Review of numerous depositions by plaintiffs and responses in preparation for pretrial conference. | 2.9 | 125.00 | 362.50 |
| 3/14/2023 | ALM | Further review of inmate and witness testimony and prep for trial. | 3.4 | 125.00 | 425.00 |
| 3/15/2023 | ALM | Travel to Statesboro to prep client for trial and for pretrial conference. | 4.4 | 125.00 | 550.00 |
| 3/15/2023 | ALM | Meet with client Eason to review videos, photos, trial exhbits and prepare for testimony when called in Ps case and direct and cross in defense case. | 3.5 | 125.00 | 437.50 |
| 3/15/2023 | ALM | Communications with counsel regarding trial subpoenas. | 0.1 | 125.00 | 12.50 |
| 3/15/2023 | ALM | Communications with codefense counsel regarding trial exhbits and pretrial conference. | 0.5 | 125.00 | 62.50 |
| 3/15/2023 | ALM | Receipt/review of multiple subpoena filings from plaintiff's counsel for trial. | 0.2 | 125.00 | 25.00 |
| 3/15/2023 | CSC | Receipt and cursory review of multiple subpoenas filed by PLFS | 0.1 | 50.00 | 5.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/15/2023 | CSC | Telephone call and letter to Judge Hall's Clerk, Lisa Widener, with flashdrive containing digital trial exhibits for Eason per Court Order | 0.4 | 50.00 | 20.00 |
| 3/16/2023 | ALM | Appear for attend pretrial conference. | 2.1 | 125.00 | 262.50 |
| 3/16/2023 | ALM | Communicate with client and DOAS regarding PTC and trial continuance for competency determination of plaintiff. | 0.6 | 125.00 | 75.00 |
| 3/16/2023 | ALM | Return travel from Statesboro for PTC. | 4.4 | 125.00 | 550.00 |
| 3/17/2023 | CSC | Receipt and cursory review of additional trial documents filed by PLFS | 0.2 | 50.00 | 10.00 |
| 3/17/2023 | CSC | Receipt and review of Court's rescheduling notice re pretrial conference and notice re trial date set for June 2023 | 0.2 | 50.00 | 10.00 |
| 3/17/2023 | ALM | Receipt review of supplemental authority and filings regarding competency petition by plaintiff's counsel and communicate with counsel for defense regarding same. | 0.9 | 125.00 | 112.50 |
| 3/18/2023 | ALM | Communications with plaintiff's counsel regarding process for competency evaluation. | 0.2 | 125.00 | 25.00 |
| 3/20/2023 | ALM | Receipt/review of reset deadlines regarding competency exam. | 0.1 | 125.00 | 12.50 |
| 3/21/2023 | ALM | Receipt/review of plaintiff's first report and filings for competency evaluation of plaintiff. | 0.3 | 125.00 | 37.50 |
| 3/22/2023 | ALM | Receipt/review of second status report/update regarding evaluation of Stevenson for competency at trial. | 0.3 | 125.00 | 37.50 |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

| Date | | Description | | | |
|------|---|------------|---|---|---|
| 3/23/2023 | ALM | Reciept/review of draft response to plaintiff filings regarding competency and supplemental authority for limine; draft/revise and communicate with codefense counsel regarding same. | 0.4 | 125.00 | 50.00 |

| | | |
|---|---|---|
| **Fees for Services Rendered** | 74.3 | **$8,890.00** |
| **Courtesy Discount** | | **$216.90** |
| **Total Fees after Discount** | | **$8,673.10** |

**Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 3/15/2023 | Postage - to Southern District | 41.43 |
| 3/16/2023 | Meals during stay for PTC. | 36.01 |
| 3/16/2023 | Travel to and from Statesboro, GA for pretrial conference. | 305.23 |
| 3/16/2023 | Lodging and area for trial prep meeting for pretrial conference and trial prep. | 293.59 |
| | **Total Expenses** | **$676.26** |

| | |
|---|---|
| **Total Fees & Expenses** | **$9,349.36** |
| **Total New Charges** | **$9,349.36** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 4,338.06 |
| Payments and Adjustments | -4,338.06 |
| Balance forward | 0.00 |
| Current Charges | 9,349.36 |
| **Amount Due and Owing to Date** | **$9,349.36** |

*Payments:*

| Date | Description | Amount |
|------|-------------|--------|
| 3/17/2023 | Payment #0898 | 4,338.06 |
| | **Total Payment** | **$4,338.06** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN LLC

## — ATTORNEYS AT LAW —

### INVOICE

Georgia Department of Administrative Services c/o
Georgia Administrative Services
Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 824
File Number: 36335 / 002
Invoice Date: Thu, June 1, 2023

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152—AWAITING TRIAL**

*Current Charges:*

*Fees*

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 3/28/2023 | ALM | Receipt/review of plaintiff's third status report on evaluation of Stevenson and reply to defendant's response. | 0.2 | 125.00 | 25.00 |
| 4/7/2023 | ALM | Receipt/review of updated report by plaintiff regarding competency. | 0.3 | 125.00 | 37.50 |
| 4/11/2023 | ALM | Communications with counsel regarding competency report. | 0.2 | 125.00 | 25.00 |
| 4/25/2023 | ALM | Multiple communications regarding guardian appointment, failure of plaintiff to provide report. | 0.3 | 125.00 | 37.50 |
| 5/10/2023 | ALM | Communications with codefense counsel regarding upcoming pretrial conference. | 0.2 | 125.00 | 25.00 |
| 5/11/2023 | ALM | Several communications with co-defense counsel regarding issues with use of transcript of Stevenson in lieu of testimony due to incompetency and motions for pretrial next week. | 0.6 | 125.00 | 75.00 |
| 5/15/2023 | CSC | Draft/revise/finalize Motion for Continuance of Pretrial Conference and proposed Order | 1.2 | 50.00 | 60.00 |
| 5/17/2023 | ALM | Communications from court regarding reset deadlines. | 0.1 | 125.00 | 12.50 |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

| Date | | Description | | | |
|------|-----|-------------|------|--------|--------|
| 5/22/2023 | ALM | Review of filing for pretrial, communicate with counsel regarding same. | 0.3 | 125.00 | 37.50 |
| 5/26/2023 | ALM | Review of Stevenson deposition for trial as will likely be read into evidence based on incompetency of plaintiff; draft revision to objections to portions of testimony and communicate with codefense counsel regarding same. | 2.9 | 125.00 | 362.50 |
| 5/26/2023 | ALM | Receipt/review of plaintiff's updated motion and witness list for upcoming pretrial conference; review of same and further preparation based on updated pleadings for upcoming pretrial order. | 1.6 | 125.00 | 200.00 |
| 5/26/2023 | ALM | Further revision to client examinations, open, close based on incorporating deposition testimony only for plaintiff Stevenson based on incompetency for trial. | 1.6 | 125.00 | 200.00 |
| 5/29/2023 | ALM | Further review of witness lists and prep for testimony of plaintiff's witnesses based on updated will call list. | 3.9 | 125.00 | 487.50 |
| 5/30/2023 | CSC | Draft Notice of Change of Address | 0.5 | 50.00 | 25.00 |
| 5/30/2023 | ALM | Communicate with client regarding trial prep. | 0.2 | 125.00 | 25.00 |
| 5/31/2023 | ALM | Plan and prepare for upcoming pretrial conference. | 1.6 | 125.00 | 200.00 |
| 5/31/2023 | ALM | Further preparation for meeting with client Eason to prep for trial. | 0.9 | 125.00 | 112.50 |
| 5/31/2023 | ALM | Further preparation for trial--opening and closing. | 1.8 | 125.00 | 225.00 |
| 6/1/2023 | ALM | Travel to Augusta for pretrial conference to take place the following morning. | 3.1 | 125.00 | 387.50 |
| | | **Fees for Services Rendered** | **21.5** | | **$2,560.00** |
| | | **Courtesy Discount** | | | **$467.47** |
| | | **Total Fees after Discount** | | | **$2,092.53** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

## Expenses

| Date | Description | Amount |
|---|---|---|
| 5/31/2023 | Prepayment for reservation for 4 night stay in Statesboro for upcoming trial. ; Hotel | 878.39 |
| 6/1/2023 | Hotel for federal Pretrial Conference the next morning. | 251.00 |
| 6/1/2023 | Travel to Augusta for morning pretrial conference next day, and return travel following conference (169 miles ea. way).; Travel | 221.39 |

| | | |
|---|---|---|
| **Total Expenses** | | **$1,350.78** |
| **Total Fees & Expenses** | | **$3,443.31** |
| **Total New Charges** | | **$3,443.31** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 9,349.36 |
| Payments and Adjustments | -9,349.36 |
| Balance forward | 0.00 |
| Current Charges | 3,443.31 |
| **Amount Due and Owing to Date** | **$3,443.31** |

*Payments:*

| Date | Description | Amount |
|---|---|---|
| 4/26/2023 | Payment #0933- CK 33183530 Deposit Date 04/20/23 | 9,349.36 |
| | **Total Payment** | **$9,349.36** |

SATCHER & MCGOVERN, LLC. | 288 S. MAIN STREET, SUITE 100, ALPHARETTA, GA 30009

# SATCHER & MCGOVERN, LLC

## — ATTORNEYS AT LAW —

### INVOICE

**Georgia Department of Administrative Services c/o**
**Georgia Administrative Services**
Attention: Carey Scruggs
1775 Spectrum Drive
Suite 100
Lawrenceville, GA 30043

Invoice # 840
File Number: 36335 / 002
Invoice Date: Mon, June 19, 2023

**Re: DOAS/Jackson v. Eason et al., Claim No. LI12230152-AWAITING TRIAL**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 6/2/2023 | ALM | Return travel from pretrial conference in Augusta. | 3.6 | 125.00 | 450.00 |
| 6/5/2023 | ALM | Further draft/revision to opening for trial. | 2.3 | 125.00 | 287.50 |
| 6/5/2023 | ALM | Further draft/revision to cross examination of Jackson for trial and pull potential impeachment excerpts/and declaration. | 1.9 | 125.00 | 237.50 |
| 6/5/2023 | ALM | Final review of Satterfield transcript and prep for cross examination at trial. | 1.6 | 125.00 | 200.00 |
| 6/5/2023 | ALM | Further review of Cratic deposition and preparation for cross examination at trial. | 2.8 | 125.00 | 350.00 |
| 6/5/2023 | ALM | Further review of Anderson deposition and final prep of cross examination at trial. | 1.4 | 125.00 | 175.00 |
| 6/5/2023 | ALM | Receipt/review of plaintiff's will call witness list and communications with counsel regarding same. | 0.4 | 125.00 | 50.00 |
| 6/5/2023 | ALM | Receipt/review of plaintiffs' designations of Stevenson deposition for use at trial. | 0.3 | 125.00 | 37.50 |
| 6/6/2023 | ALM | Further draft/revision to finalize direct examination of client Eason, review of potential exhibits, evaluate important deposition testimony and create practice cross-examination. | 2.9 | 125.00 | 362.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/6/2023 | ALM | Initial outline for closing argument including outline of claims against client, purported testimony and evidence. | 1.6 | 125.00 | 200.00 |
| 6/6/2023 | ALM | Further review of inmate deposition testimony for trial. | 1.9 | 125.00 | 237.50 |
| 6/6/2023 | ALM | Conference with client to run through direct and cross examination and general info regarding trial. | 1.9 | 125.00 | 237.50 |
| 6/7/2023 | ALM | Reciept/review of plaintiffs' proposed jury charges and initial evaluation of same. | 1.4 | 125.00 | 175.00 |
| 6/7/2023 | ALM | Review and evaluation of final designations/objections and edited deposition transcript of Stevenson for trial in light of his incompetency to testify. | 1.6 | 125.00 | 200.00 |
| 6/8/2023 | ALM | Further draft/revision to examination of Cedric Neely. | 1.3 | 125.00 | 162.50 |
| 6/8/2023 | ALM | Further draft examinations of witnesses Henderson, Hill, Satterfield. | 1.8 | 125.00 | 225.00 |
| 6/8/2023 | ALM | Prepare mock cross to prepare client. | 1.7 | 125.00 | 212.50 |
| 6/8/2023 | ALM | Prepare draft examination of Anderson for trial. | 1.5 | 125.00 | 187.50 |
| 6/8/2023 | ALM | Further draft revision to opening and client exams. | 2.4 | 125.00 | 300.00 |
| 6/9/2023 | CSC | Assist attorney with trial prep | 0.4 | 50.00 | 20.00 |
| 6/9/2023 | ALM | Review transcript of Pate and prep cross examination. | 1.9 | 125.00 | 237.50 |
| 6/9/2023 | ALM | Review transcript of inmate Briscoe and prepare cross-examination. | 1.6 | 125.00 | 200.00 |
| 6/9/2023 | ALM | Review transcript of Cedric Neely and prepare final cross examination. | 1.3 | 125.00 | 162.50 |
| 6/9/2023 | ALM | Prep meeting with client and prepare for cross in plaintiff's case and defense. | 1.4 | 125.00 | 175.00 |
| 6/9/2023 | ALM | Review of exhibits for plaintiffs and defense, review videos and photos, and make final determinations regarding use at trial. | 2.9 | 125.00 | 362.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/9/2023 | ALM | Prepare outline of examination on potential issues with CO witnesses. | 0.8 | 125.00 | 100.00 |
| 6/10/2023 | ALM | Further review of testimony of inmate witnesses Briscoe, Neely in preparation for cross examination. | 2.3 | 125.00 | 287.50 |
| 6/10/2023 | ALM | Further review of DOC witnesses and both experts to finalize potential questions/issues impacting Eason. | 1.1 | 125.00 | 137.50 |
| 6/10/2023 | ALM | Outline legal issues for directed verdict. | 0.8 | 125.00 | 100.00 |
| 6/10/2023 | ALM | Final review of evidence/exhibits for trial preparation. | 0.8 | 125.00 | 100.00 |
| 6/11/2023 | ALM | Final prep for opening, closing and evidentiary issues for trial. | 1.6 | 125.00 | 200.00 |
| 6/11/2023 | ALM | Review of rulings on evidence and plaintiffs' recently submitted jury charges. | 0.9 | 125.00 | 112.50 |
| 6/11/2023 | ALM | Further review of Jackson transcript and final preparation of cross. | 1.1 | 125.00 | 137.50 |
| 6/11/2023 | ALM | Final review of client Eason deposition and preparation for direct. | 1.2 | 125.00 | 150.00 |
| 6/11/2023 | ALM | Travel to Statesboro for trial beginning following morning. | 4.5 | 125.00 | 562.50 |
| 6/12/2023 | ALM | Appear for attend trial/appear for hearing upon learning counsel seeks to drop Eason; argue for and obtain judgment rather than dismissal. | 1.9 | 125.00 | 237.50 |
| 6/12/2023 | ALM | Communicate with DOAS regarding judgments and status of trial. | 0.5 | 125.00 | 62.50 |
| 6/12/2023 | ALM | Return travel from Statesboro, Georgia. | 4.5 | 125.00 | 562.50 |
| 6/13/2023 | ALM | Initial review of law regarding Rule 11 sanctions, costs and fees as well as attorney's fees caselaw and analysis. | 3.4 | 125.00 | 425.00 |
| 6/16/2023 | ALM | Receipt/review of verdict/PTO/ and final documents filed by Court at conclusion of trial. | 0.6 | 125.00 | 75.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/16/2023 | ALM | Communications with AG regarding trial and strategy for pursuing fees and costs. Further review of law regarding federal statute regarding same. | 1.4 | 125.00 | 175.00 |
| 6/19/2023 | ALM | Further review of law regarding inherent authority for sanctions and USC 1927 on finding of protracting litigation. | 1.8 | 125.00 | 225.00 |
| 6/19/2023 | ALM | Review of bill of costs and initial preparation of same. | 0.8 | 125.00 | 100.00 |
| | | **Fees for Services Rendered** | **73.8** | | **$9,195.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 6/2/2023 | Meals for travel to Augusta for Pretrial conference. | 31.39 |
| 6/12/2023 | Meals Sunday and Monday (5) for travel to and from Statesboro, Georgia and appearance for trial. | 86.00 |
| 6/13/2023 | Travel to and from federal courthouse in Statesboro, GA for trial. | 306.54 |
| | **Total Expenses** | **$423.93** |
| | **Total Fees & Expenses** | **$9,618.93** |
| | **Total New Charges** | **$9,618.93** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 3,443.31 |
| Current Charges | 9,618.93 |
| **Amount Due and Owing to Date** | **$13,062.24** |

SATCHER & MCGOVERN, LLC. | 286 S. MAIN STREET, SUITE 500, ALPHARETTA, GA 30009