**Annarita McGovern**

| | |
|---|---|
| **From:** | Admin <Admin@hdrattorneys.com> |
| **Sent:** | Sunday, June 11, 2023 1:38 PM |
| **To:** | Roger Chalmers; Annarita McGovern; Jason Knowles; Mark Glidewell; lisa_davenport@gas.uscourts.gov |
| **Cc:** | David Betts; Mario Williams; Admin; John Shoreman |
| **Subject:** | 6:12-cv-00113-JRH-BWC  Plaintiffs' Intention to Dismiss Defendants |

Counsel,

This is to advise that Plaintiffs have decided to dismiss all defendants in this case except Joseph Catanzariti and Caleb Harrison.

The trial commencing tomorrow will only be against Mr. Catanzariti and Mr. Harrison.

Plaintiffs will file A MOTION TO DISMISS, once Plaintiff's counsel confers with opposing counsel.

MARIO B. WILLIAMS
mwilliams@hdrattorneys.com


HDR LLC / BETTS & ASSOCIATES
44 Broad St. NW, Suite 200
Atlanta, GA 30303