AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MIGUEL JACKSON, ET AL.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV612-113

JOSEPH CATANZARITI, ET AL.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order entered on October 2, 2019 (Doc. 312), JUDGMENT is hereby entered in favor of Defendant Richie, and against Plaintiff Kelvin Stevenson and Plaintiff Miguel Jackson as to all claims alleged against her.

JUDGMENT is hereby entered in favor of Defendant Eason, and against Plaintiff Stevenson and Plaintiff Jackson, as to Plaintiffs' in-dorm failure to intervene and excessive force claims and Plaintiffs' failure to intervene and excessive force claims in the prison's infirmary.

JUDGMENT is hereby entered in favor of Defendant Eason, and against Plaintiff Stevenson, as to Plaintiff Stevenson's escort excessive force claim.

08/04/2023

Date

John E. Triplett, Clerk of Court

Clerk

(By) Deputy Clerk

JUDGMENT is hereby entered in favor of Defendant Attical, and against Plaintiff Jackson, as to Plaintiff Jackson's in-dorm failure to intervene and excessive force claims.

JUDGMENT is hereby entered in favor of Defendant Attical, and against Plaintiff Stevenson, as to Plaintiff Stevenson's escort excessive force claim.

JUDGMENT is hereby entered in favor of Defendant Attical, and against Plaintiffs, as to Plaintiffs' claims regarding failure to intervene and excessive force in the prison's infirmary.