AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MIGUEL JACKSON, ET AL.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV612-113

JOSEPH CATANZARITI, ET AL.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that pursuant to the Order entered on October 2, 2019 (Doc. 313), JUDGMENT is hereby entered in favor of Defendant McFarlane, and against Plaintiff Kelvin Stevenson and Plaintiff Miguel Jackson, as to all failure to intervene and excessive force claims alleged against him, as well as Plaintiffs' supervisory liability claim.

JUDGMENT is hereby entered in favor of Defendant Wells, and against Plaintiffs, as to all failure to intervene and excessive force claims alleged against him.

JUDGMENT is hereby entered in favor of Defendant Milton, and against Plaintiffs, as to all failure to intervene and excessive force claims alleged against him.

08/04/2023

Date

John E. Triplett, Clerk of Court

Clerk

*(By) Deputy Clerk*

JUDGMENT is hereby entered in favor of Defendant Mitchell, and against Plaintiffs, as to all failure to intervene and excessive force claims alleged against him.

JUDGMENT is hereby entered in favor of Defendant Pittman, and against Plaintiffs, as to Plaintiffs' in-dorm failure to intervene and excessive force claims and Plaintiffs' claims for failure to intervene and excessive force in the prison's infirmary.

JUDGMENT is hereby entered in favor of Defendant Bennett, and against Plaintiff Stevenson, as to his in-dorm excessive force claim.

JUDGMENT is hereby entered in favor of Defendant Bennett, and against Plaintiff Jackson, as to his in-dorm excessive force and failure to intervene claims.

JUDGMENT is hereby entered in favor of Defendant Bennett, and against Plaintiffs, as to their claims for excessive force and failure to intervene during their escort outside of D-2 and during their time in the prison's infirmary.

JUDGMENT is hereby entered in favor of Defendant Bennett, and against Plaintiffs, as to their claims for excessive force and failure to intervene during their escort outside of D-2 and during their time in the prison's infirmary.