IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MIGUEL JACKSON and ALEXIAS E. STEVERSON, as Legal Guardian of KELVIN STEVENSON, Plaintiff-Appellant, vs. JOSEPH CATANZARITI, et al., Defendants-Appellees. | Case No.: CV 612-113<br>Appeal No.: 26-11292-HH |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 21st day of October, 2026.

HONORABLE J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA